**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MARKETA PUGH, on behalf of
JA'RYAH WATTS,

     Plaintiff,

v.                                                CASE NO. 3:19cv42-MCR-EMT

ANDREW SAUL,
Commissioner of Social Security,

     Defendant.
_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on August 12, 2020. ECF No. 34. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2.      The decision of the Commissioner is **AFFIRMED** and Plaintiff's application for Child's Supplemental Security Income is **DENIED**.

3.      The clerk of court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 9th day of November 2020.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**